■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUNAI CARTER, Appellant. [879 NYS2d 804]—Judgment, Supreme Court, New York County (Arlene R. Silverman, J.), rendered on or about February 26, 2008, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Friedman, Renwick and Freedman, JJ.